# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Johnny Small ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:17 CV 00071-FL |
| City of Wilmington, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Johnny Small, Plaintiff .

Date: 04/05/2017

/s/ Tara Thompson
*Attorney's signature*

Tara Thompson, ILBN 6279922
*Printed name and bar number*
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
*Address*

tara@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*