IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:17-cv-00071-FL

| | |
|---|---|
| JOHNNY SMALL,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON, J.J. LIGHTNER, DONNA BROWN, WAYNE NORRIS, DARRYL NESTER, JOSEPH NEUSCHAEFER, UNKNOWN EMPLOYEES OF THE WILMINGTON POLICE DEPARTMENT, and UNKNOWN SURETY FOR THE CITY OF WILMINGTON,<br><br>      Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS DONNA BROWN, WAYNE NORRIS, DARRYL NESTER, AND JOSEPH NEUSCHAFER**<br>Local Rule E.D.N.C. 5.2(c) |

Pursuant to Local Rule 5.2(c), please take notice of the following substitution of counsel for Defendants Donna Brown (n/k/a Donna Brown Smith), Wayne Norris, Darryl Nester, and Joseph Neuschafer (misnamed in the Complaint as Joseph Neuschaefer) only:

Entering/substituting attorneys: Brian H. Alligood, of the law firm Bovis, Kyle, Burch & Medlin, LLC (contact information stated below), shall represent Defendants Brown, Norris, Nester, and Neuschafer here forward.

Withdrawing attorneys: David L. Brown and David G. Harris, II of the law firm Goldberg Segalla, hereby withdraw from representation of Defendants Brown, Norris, Nester, and Neuschafer only. The withdrawing attorneys shall continue in their representation of Defendant J.J. Lightner.

The above-named entering attorney is aware of, and will comply with, deadlines pending in the case and will proceed with any scheduled trial or hearing dates.

This is the 7th day of February, 2018.

/s/ Brian H. Alligood
Brian H. Alligood
N.C. State Bar No. 27361
BOVIS KYLE BURCH & MEDLIN, LLC
800 Green Valley Rd., Suite 102
Greensboro, NC 27408
BAlligood@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178

*Attorney for Defendants Donna Brown, Wayne Norris, Darryl Nester, and Joseph Neuschafer*

/s/ David G. Harris, II
David G. Harris, II
N.C. State Bar No. 35327
GOLDBERG SEGALLA, LLP
800 Green Valley Rd., Suite 302
Greensboro, NC 27408
DHarris@goldbergsegalla.com
Telephone: (336) 419-4900
Facsimile: (336) 419-4950

*Attorney for Defendant J.J. Lightner*

## CERTIFICATE OF SERVICE

I certify that on February 7, 2018, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS DONNA BROWN, WAYNE NORRIS, DARRYL NESTER, AND JOSEPH NEUSCHAFER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Cindy Tsai
Mr. Jon I. Loevy
Ms. Tara Elizabeth Thompson
Ms. Aisha Nicole Davis
Mr. Anthony Balkissoon
Ms. Gayle M. Horn
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
*Attorneys for Plaintiff*

Mr. David S. Rudolf
RUDOLF WIDENHOUSE
225 E. Worthington Ave., Suite 200
Charlotte, NC 28203
*Attorney for Plaintiff*

Mr. Scott C. Hart
SUMRELL, SUGG, CARMICHAEL, HICKS & HART
PO Box 889
New Bern, NC 28563
*Attorney for Defendant City of Wilmington*

Ms. Meredith Turner Everhart
PO Box 1810
Wilmington, NC 28402
*Attorney for Defendant City of Wilmington*

Mr. David G. Harris, II
Mr. David L. Brown
GOLDBERG SEGALLA
800 Green Valley Rd., Suite 302
Greensboro, NC 27408
*Attorneys for Defendant J.J. Lightner*

Mr. John Felix Green, II
HALL & GREEN
718 Market St.
Wilmington, NC 28401
*Attorney for Wayne Norris*

This is the 7th day of February, 2018.

/s/ Brian H. Alligood
Brian H. Alligood
N.C. State Bar No. 27361
BOVIS KYLE BURCH & MEDLIN, LLC
800 Green Valley Rd., Suite 102
Greensboro, NC 27408
BAlligood@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
*Attorney for Defendants Donna Brown, Wayne Norris, Darryl Nester, and Joseph Neuschafer*