IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-cv-00071-FL

| | |
|---|---|
| JOHNNY SMALL | ) |
| | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
| CITY OF WILMINGTON, ET AL. | ) |

Please take notice that the undersigned Katie Roche hereby enters a notice of special appearance as counsel for Johnny Small in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David S. Rudolf.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated this 14th day of March, 2018.

      /s/ Katie Roche
Katie Roche
Loevy & Loevy
311 N Aberdeen St., 3rd Fl.
Chicago, IL 60607
Ph: 312-243-5900
Fax: 312-243-5902
Katie@loevy.com
Illinois ARDC. No. 6321395
Attorney for Plaintiff Johnny Small

      /s/ David S. Rudolf
David S. Rudolf
Rudolf Widenhouse
225 East Worthington Ave.
Ste. 200
Charlotte, NC 28203

704-333-9945  
Fax: 704-335-0224  
dsrudolf@rudolfwidenhouse.com  
North Carolina Bar. No. 8587  
Local Civil Rule 83.1(d) Counsel for Plaintiff Johnny Small

# Certificate of Service

I, Katie Roche, hereby certify that I have served a copy of the foregoing Notice of Special Appearance on March 14, 2018 via the Court's CM/ECF system on all counsel of record.

Insert name of attorneys and any party who appears pro se.

    /s/ Katie Roche
Katie Roche
Loevy & Loevy
311 N Aberdeen St., 3rd Fl.
Chicago, IL 60607
Ph: 312-243-5900
Fax: 312-243-5902
Katie@loevy.com
Illinois ARDC. No. 6321395
Attorney for Plaintiff Johnny Small

    /s/ David S. Rudolf
David S. Rudolf
Rudolf Widenhouse
225 East Worthington Ave.
Ste. 200
Charlotte, NC 28203

704-333-9945
Fax: 704-335-0224
dsrudolf@rudolfwidenhouse.com
North Carolina Bar. No. 8587
Local Civil Rule 83.1(d) Counsel for Plaintiff Johnny Small