# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
### Case No. 7:17-CV-71-FL

| | |
|---|---|
| JOHNNY SMALL,        ) | |
|     Plaintiff,        ) | |
|         ) | |
| v.        ) | **ORDER APPOINTING MEDIATOR** |
|         ) | |
| CITY WILMINGTON, et al,        ) | |
|     Defendants.        ) | |

It appearing to the Court that counsel for the parties have selected Robert A. Beason to serve as their mediator.

IT IS ORDERED, pursuant to Local Rule 101.1c(a), that Robert A. Beason appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 101.1d(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 101.1e.

Let copies of this order be sent to counsel for the parties and to the mediator.

This the 12th day of April 2018.

                                 /s/ *Peter A. Moore, Jr.*
                                       Clerk of Court