IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:17-cv-00071-FL

JOHNNY SMALL,

           Plaintiff,

    v.

CITY OF WILMINGTON, J.J. LIGHTNER,
DONNA BROWN, WAYNE NORRIS,
DARRYL NESTER, JOSEPH
NEUSCHAEFER, BRUCE HICKMAN,
UNKNOWN EMPLOYEES OF THE
WILMINGTON POLICE DEPARTMENT,
and UNKNOWN SURETY FOR THE CITY
OF WILMINGTON,

           Defendants.

**DEFENDANTS DONNA BROWN,
WAYNE NORRIS, DARRYL NESTER,
AND JOSEPH NEUSCHAFER'S
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT**
Fed. R. Civ. P. 15

Defendants Donna Brown (n/k/a Donna Brown Smith), Wayne Norris, Darryl

Nester, and Joseph Neuschafer (misnamed in the plaintiff's First Amended Complaint

as Joseph Neuschaefer) respond to plaintiff's First Amended Complaint as follows:

These answering defendants reiterate, adopt, and incorporate all of the

numbered responses and affirmative defenses contained in their original answer [Doc.

#26] in response to the corresponding, identical portions of the First Amended

Complaint.  In further response to the amended allegation in paragraph 13 of plaintiff's

First Amended Complaint, these answering defendants admit that the listed officers are

citizens and residents of North Carolina, and at all times relevant to the Complaint were

employed by the Wilmington Police Department and were acting under the color of law

and within the scope of their employment.  It is further admitted that plaintiff purports to

sue these answering defendants in this action in their individual capacities.  Except as herein admitted, the remaining allegations of paragraph 13 of the plaintiff's First Amended Complaint are denied.

Any other allegation of the First Amended Complaint, which has not been expressly admitted in the answering defendants' initially filed Answer [Doc. #26], is hereby denied.

WHEREFORE, having answered and responded to plaintiff's First Amended Complaint, these answering defendants respectfully request that plaintiff have and recover nothing, that said Complaint be dismissed with prejudice, that all triable issues be tried by a jury, that the answering defendants recover their costs, including reasonable attorneys' fees, and that this Court grant such other relief as it deems just, equitable, and proper.

This is the 17th day of April, 2018.

/s/ Brian H. Alligood
Brian H. Alligood
N.C. State Bar No. 27361
BOVIS KYLE BURCH & MEDLIN, LLC
800 Green Valley Rd., Suite 102
Greensboro, NC  27408
BAlligood@boviskyle.com
Telephone:  (336) 907-3265
Facsimile:  (336) 907-4178
*Attorney for Defendants Donna Brown,*
*Wayne Norris, Darryl Nester, and Joseph*
*Neuschafer*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2018, I electronically filed **DEFENDANTS DONNA BROWN, WAYNE NORRIS, DARRYL NESTER, AND JOSEPH NEUSCHAFER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Cindy Tsai
Mr. Jon I. Loevy
Ms. Tara E. Thompson
Ms. Aisha N. Davis
Mr. Anthony Balkissoon
Ms. Gayle M. Horn
Ms. Katie Roche
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
*Attorneys for Plaintiff*

Mr. David S. Rudolf
RUDOLF WIDENHOUSE
225 E. Worthington Ave., Suite 200
Charlotte, NC 28203
*Attorney for Plaintiff*

Mr. Scott C. Hart
SUMRELL, SUGG, CARMICHAEL,
HICKS & HART
PO Box 889
New Bern, NC 28563
*Attorney for Defendant City of Wilmington*

Ms. Meredith Turner Everhart
PO Box 1810
Wilmington, NC 28402
*Attorney for Defendant City of Wilmington*

Mr. David G. Harris, II
Mr. David L. Brown
GOLDBERG SEGALLA
800 Green Valley Rd., Suite 302
Greensboro, NC 27408
*Attorneys for Defendant J.J. Lightner*

Mr. John Felix Green, II
HALL & GREEN
718 Market St.
Wilmington, NC 28401
*Attorney for Wayne Norris*

This is the 17th day of April, 2018.

/s/ Brian H. Alligood
Brian H. Alligood
N.C. State Bar No. 27361
BOVIS KYLE BURCH & MEDLIN, LLC
800 Green Valley Rd., Suite 102
Greensboro, NC 27408
BAlligood@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
*Attorney for Defendants Donna Brown, Wayne Norris, Darryl Nester, and Joseph Neuschafer*