IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION
FILE NO. 7:17-cv-00071-FL

| | |
|---|---|
| JOHNNY SMALL, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CITY OF WILMINGTON, J.J. LIGHTNER, )<br>DONNA BROWN, WAYNE NORRIS, )<br>DARRYL NESTER, JOSEPH )<br>NEUSCHAEFER, UNKNOWN EMPLOYEES )<br>OF THE WILMINGTON POLICE )<br>DEPARTMENT and UNKNOWN SURETY )<br>FOR THE CITY OF WILMINGTON, )<br>)<br>    Defendants. )<br>_____) | <u>PROTECTIVE ORDER</u> |

    NOW COME the North Carolina State Crime Laboratory (hereinafter State Crime Laboratory), and the parties designated below, by and through undersigned counsel, and stipulate and agree to the entry of this Protective Order requiring the release, subject to the conditions below, to the attorneys for the Plaintiff and Defendants, of the following items for their use in connection with any proceeding involving the above referenced case:

    An electronic copy of State Crime Laboratory investigatory file no. R2016-12721.

1. Plaintiff Johnny Small has requested access to the above referenced State Crime Laboratory file through discovery pursuant to the Rules of Civil Procedure.

2. State Crime Laboratory files are records of criminal investigations that may be released to the parties only

by Order of this Court pursuant to N.C.G.S. §132-1.4.

3. State Crime Laboratory file no. R2016-12721 contains materials which may be material and relevant to the subject matter of the instant case.

4. The attorney for the Plaintiff attests that there is no ongoing criminal investigation, prosecution or other criminal proceeding associated with the file that has been requested or that the prosecuting district attorney has no objection to the file being released prior to disposition of any ongoing criminal prosecution.

5. Therefore, access to and the use of any documents, or any part thereof, of the materials produced pursuant to this Protective Order shall be limited to:

   A. A Court with jurisdiction, including its staff and any jury selected in this case, under such safeguards as are provided in this Order or as are required by the Court in the event any confidential matter is to be used or introduced at trial;

   B. The parties and attorneys of record for the parties, together with their paralegals, investigators and employees actually working on the case at any time;

   C. Court reporters, their transcribers, assistants and

employees;

D. Any potential or actual witness to the extent disclosure of a document subject to this Order is necessary to retain or prepare the witness, or to elicit testimony relevant to matters at issue in this case; and

E. Outside experts consulted or retained by counsel in connection with preparation for trial or trial.

6. Persons who are permitted access to the materials referenced herein pursuant to paragraph 5 are hereby ordered not to show, convey or reproduce any documents so designated or parts thereof, or copies thereof, or any matter contained therein, or any extracts or summaries thereof, to any individual, or to any entity that would not otherwise have access to said documents under the provisions of this Protective Order. The records shall not be further distributed in any manner without further Order of this Court.

Therefore it is ORDERED that the State Crime Laboratory provide one electronic copy of Laboratory file nos. R2016-12721 to counsels for the Plaintiff and Defendants subject to the limitations on access and release of the same materials as described in paragraphs 5-6 above.

3

This the 25th day of July 2018.

_____
Honorable Louise Flanagan
United States District Court Judge

Consented to:

__/s/Katie Roche_____
Counsel for Plaintiff
Jon Loevy, ILBN 6218254
Gayle Horn, ILBN 6286427
Tara Thompson, ILBN 6279922
Cindy Tsai, ILBN 6293973
Katie Roche, ILBN 6321395
Anthony Balkissoon, ILBN 6302344
LOEVY & LOEVY
311 N. Aberdeen, Third floor
Suite 100
Chicago, Illinois 60607
katie@loevy.com
Phone: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Plaintiff*

/s/ David S. Rudolf_____
David S. Rudolf, NCBN: 8587
RUDOLF WIDENHOUSE
225 East Worthington Avenue
Ste. 200
Charlotte, NC 28203
Telephone: (704) 333-9945
dsrudolf@rudolfwidenhouse.com
*Local Civil Rule 83.1 Counsel for Plaintiff*

/s/ David G. Harris II_____
David G. Harris
David L. Brown
GOLDBERG SEGALLA, LLP
800 Green Valley Road, Suite 302
Greensboro, NC 27408
Phone: (336) 419-4900
dharris@goldbergsegalla.com
dbrown@goldbergsegalla.com
*Attorneys for Defendant JJ Lightner*

4

/s/ Scott C. Hart
Sumrell, Sugg, Carmichael, Hicks & Hart
PO Drawer 889
New Bern, North Carolina 28563
Phone: (252) 633-3131
Fax: (252) 633-3507
shart@nclawyers.com
*Attorney for Defendant City of Wilmington*

/s/ Brian Alligood
BOVIS, KYLE, BURCH & MEDLIN, LLC
800 Green Valley Road, Suite 102
Greensboro, NC 27408
Phone: (336)907-3265
Fax: (336) 907-4178
balligood@boviskyle.com
*Counsel for Donna Brown, Wayne Norris, Darryl Nester, Bruce Hickman, and Joseph Neuschafer*


_/s/ William P. Hart_____
William P. Hart, Jr., Legal Counsel
North Carolina State Crime Laboratory

5