IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-cv-00071-FL

| | |
|---|---|
| JOHNNY SMALL | ) ) ) ) ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** ) |
| CITY OF WILMINGTON, ET AL. | ) ) ) |

Please take notice that the undersigned Roshna Bala Keen hereby enters a notice of special appearance as counsel for Johnny Small in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David S. Rudolf.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Roshna Bala Keen
Roshna Bala Keen
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
312-243-5900
Roshna@loevy.com
IL Bar. No. 6284469
Attorney for Johnny Small

/s/ David S. Rudolf
David S. Rudolf
Rudolf Widenhouse
225 East Worthington Avenue, Ste. 200
Charlotte, NC 28203
704-333-9945
Fax: 704-335-0224

dsrudolf@rudolfwidenhouse.com
NC Bar. No. 8587
Local Civil Rule 83.1(d) Counsel for Johnny Small

## Certificate of Service

I hereby certify that I have served a copy of Notice of Special Appearance on October 10, 2018 using the CM/ECF system on the following:

All counsel of record.

/s/ Roshna Bala Keen
Roshna Bala Keen
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
312-243-5900
Roshna@loevy.com
IL Bar. No. 6284469
Attorney for Johnny Small

/s/ David S. Rudolf
David S. Rudolf
Rudolf Widenhouse
225 East Worthington Avenue, Ste. 200
Charlotte, NC 28203
704-333-9945
Fax: 704-335-0224
dsrudolf@rudolfwidenhouse.com
NC Bar. No. 8587
Local Civil Rule 83.1(d) Counsel for Johnny Small