# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 7:17 CV 00071-FL |
| | ) | |
| CITY OF WILMINGTON, J.J. LIGHTNER, DONNA BROWN, WAYNE NORRIS, DARRYL NESTER, JOSEPH NEUSCHAEFER, BRUCE HICKMAN, UNKNOWN EMPLOYEES OF THE WILMINGTON POLICE DEPARTMENT and UNKNOWN SURETY FOR THE CITY OF WILMINGTON, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Plaintiff, JOHNNY SMALL, by and through their attorneys, LOEVY & LOEVY, and moves to withdraw Aisha Nicole Davis as counsel for Plaintiff.

In support, Plaintiff states as follows:

1. Attorney Aisha Nicole Davis will shortly be concluding her employment at Loevy & Loevy, the law firm that represents Plaintiff, JOHNNY SMALL, in the above referenced matter.

2. Plaintiff will continue to be represented by Jon Loevy, Gayle Horn, Tara Thompson, Cindy Tsai, Tony Balkissoon & Katie Roche.

3. No prejudice will ensue to Plaintiffs or any other party if Ms. Davis is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an order permitting the withdrawal of Aisha Nicole Davis' appearance as counsel in this matter.

RESPECTFULLY SUBMITTED,

/s/ Aisha N. Davis
Aisha N. Davis
Attorneys for Plaintiff

Jon Loevy, ILBN 6218254
Gayle Horn, ILBN 6286427
Tara Thompson, ILBN 6279922
Cindy Tsai, ILBN 6293973
Tony Balkissoon, ILBN 6302344
Katie Roche, ILBN 6321395
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:     (312) 243-5902

## CERTIFICATE OF SERVICE

I, Aisha N. Davis, an attorney, certify that on December 14, 2018, I served this Motion to Withdraw Appearance on all counsel of record via the Court's CM/ECF system.

/s/ Aisha N. Davis
Aisha N. Davis
Attorneys for Plaintiff

Jon Loevy, ILBN 6218254
Gayle Horn, ILBN 6286427
Tara Thompson, ILBN 6279922
Cindy Tsai, ILBN 6293973
Tony Balkissoon, ILBN 6302344
Katie Roche, ILBN 6321395
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:     (312) 243-5902