IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY SMALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 7:17-CV-00071-FL |
| v. | ) |
| | ) |
| CITY OF WILMINGTON, J.J. LIGHTNER, DONNA BROWN, WAYNE NORRIS, DARRYL NESTER, JOSPEH NEUSCHAEFER, UNKNOWN EMPLOYEES OF THE WILMINGTON POLICE DEPARTMENT and UNKNOWN SURETY FOR THE CITY OF WILMINGTON, | ) ORDER |
| Defendants. | ) |

UPON CONSIDERATION OF the Plaintiff, Johnny Small's Motion to Withdraw as Attorney,

IT IS HEREBY ORDERED on this _____ day of December, 2018, that Plaintiff, Johnny Small's Motion is GRANTED;

SO ORDERED.

JULIE RICHARDS JOHNSTON, CLERK
United States District Court